UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SALVADOR MENDEZ, individually and on behalf of all
others similarly situated,

                            Plaintiff,                            **NOTICE OF MOTION**

    -against-

                                                            **20-cv-5391(AMD)(SJB)**

H&J LANDSCAPING CORP., and ELDER REYES, as
an individual,

                            Defendants.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon the annexed Attorney Affirmation in support of Motion for Default Judgment, averred to on the 10th day of May 2021, together with all the supporting exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff, will move this Court before the Honorable Ann M Donnelly, United States District Judge at the United States District Court, for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Plaintiff's Motion to Enter a Default Judgment against Defendants H&J LANDSCAPING CORP., and ELDER REYES, as an individual and for such other or further relief as this Court deems equitable and proper.

Dated:       Kew Gardens, New York
               May 10, 2021

                                                       Roman Avshalumov, Esq.
                                                       Helen F. Dalton & Associates, P.C.
                                                         *Attorneys for Plaintiff*
                                                       80-02 Kew Gardens Road, Suite 601
                                                       Kew Gardens, New York 11415
                                                       Telephone: 718-263-9591

**TO:**

**H&J LANDSCAPING CORP.**
2260 Mott Avenue #1
Far Rockaway, New York 11691

2260 NAMEOKE AVE
FAR ROCKAWAY, NY 11691-3017

**ELDER REYES**
2260 Mott Avenue #1
Far Rockaway, New York 11691